### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.:  1:23-cv-21365-CMA

NORMAN DUENAS,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

        Defendants.

_____

### SATISFACTION OF JUDGMENT

Plaintiff NORMAN DUENAS, by and through his undersigned counsel, hereby

acknowledges that the judgment entered in this case on *July 21, 2023* against the defendant:

GuoXinShop (Defendant no. 206 on Schedule "A" to the Complaint) has been satisfied.


Dated: December 23, 2025         Respectfully submitted,

        */s/ Joel B. Rothman* _____
        JOEL B. ROTHMAN
        Florida Bar Number:  98220
        joel.rothman@sriplaw.com
        CRAIG A. WIRTH
        Florida Bar Number:  125322
        craig.wirth@sriplaw.com

        **SRIPLAW**
        21301 Powerline Road
        Suite 100
        Boca Raton, FL  33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

*Counsel for Plaintiff Norman Duenas*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK